1    THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA COTTIER, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUSTAFSON GUTHRIE NICHOL LTD., a ) <br> Washington company, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:18-cv-00579-RSL <br><br> [PROPOSED] ORDER OF DISMISSAL |

The parties having stipulated that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without an award of fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: Sept. 11, 2018

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 2:18-cv-00579-RSL

130694.0001/7390368.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

Presented by:

LANE POWELL PC


By /s/ Krista Hardwick
D. Michael Reilly, WSBA No. 14674
Krista N. Hardwick, WSBA No. 44959
Attorneys for Defendant


SKIDMORE & FOMINA PLLC


By /s/ Vera Fomina
Vera P. Fomina, WSBA #49388
Gregory M. Skidmore, WSBA #47462
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. 2:18-cv-00579-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130694.0001/7390368.1